AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original   ☐ Duplicate Original

| LODGED |
| CLERK, U.S. DISTRICT COURT |
| 6/26/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ MMC _____ DEPUTY |

# UNITED STATES DISTRICT COURT

for the

Central District of California

| FILED |
| CLERK, U.S. DISTRICT COURT |
| 6/26/25 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____ MR _____ DEPUTY |

United States of America

v.

MARY ANN MAGDAMIT,

Defendant.

Case No.  2:25-MJ-03923-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

As described in the accompanying attachment, defendant violated the following statutes:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1344, 1349, 1028A | Conspiracy to Commit Bank Fraud, Aggravated Identity Theft |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s Elle Sarracco*

_____
*Complainant's signature*

Elle Sarracco, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  _____June 26, 2025_____

_____
*Judge's signature*

City and state:  _Los Angeles, California_

Hon. Pedro V. Castillo, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA Andrew Brown, 11th Floor, x0102

**Complaint Attachment**

<u>Count One, 18 U.S.C. § 1349</u>

Beginning in or before 2022, and continuing through June, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARY ANN MAGDAMIT ("Defendant"), and others, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:   Defendant, who was formerly an employee of the Postal Service, would steal mail containing checks, personal identifying information, and debit and credit cards.  Defendant would activate the stolen bank-issued cards online, and either use the cards herself to make purchases, or sell the stolen cards to others to do so.  Defendant would also arrange to have the stolen checks cashed, usually be persons using counterfeit identity documents in the name of the payee of the check.  Federally-insured financial institutions defrauded as a result of this conspiracy include Chase Bank, Navy Federal Credit Union, and Kinecta Federal Credit Union.

<u>Count Two, 18 U.S.C. § 1028A</u>

Beginning in or before 2022, and continuing through June, 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARY ANN MAGDAMIT knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

## AFFIDAVIT

I, Elle Sarracco, being duly sworn, declare and state as follows:

### Seeking Search and Arrest Warrants

1.    This affidavit is made in support of a criminal complaint against and arrest warrant for MARY ANN MAGDAMIT (MAGDAMIT), for violations of 18 U.S.C. §§ 1028A, 1344, and 1349 (aggravated identity theft, and conspiracy to commit bank fraud).

2.    This affidavit is also made in support of a search warrant for MAGDAMIT's residence for evidence of violations of 18 U.S.C. §§ 1028A, 1344, 1349, 1708, and 1956, and 21 U.S.C. §§ 841(a)(1) and 844 (aggravated identity theft, conspiracy to commit bank fraud, possession of stolen mail, money laundering, and possession of controlled substances including to distribute them, collectively referred to as the "SUBJECT OFFENSES"), as described in attachment B which is incorporated by reference, which are listed below and described in more detail in attachment A, which is also incorporated by reference:

        a.    21601 S AVALON BLVD., APT 513, CARSON, CA 90745, and ASSIGNED PARKING SPACE 539 (MAGDAMIT's PREMISES).

### Previous Search Warrant Incorporated

3.    On December 2, 2024, the Honorable Stephanie Christensen signed a search warrant (Case No. 2:24-MJ-07148) for the residence, vehicle, and person of MARY ANN MAGDAMIT ("MAGDAMIT"), based on the attached affidavit, which is incorporated by reference.

**A. SEARCH WARRANTS EXECUTED IN DECEMBER OF 2024 ON MAGDAMIT'S RESIDENCE AND VEHICLE YIELD STOLEN CREDIT CARDS AND CHECKS, AND A "GHOST" GLOCK**

4.    On December 4, 2024, search warrants were executed on 21601 S AVALON BLVD., APT 513, CARSON, CA 90745 (MAGDAMIT's PREMISES), a SILVER 2014 MERCEDES BENZ CLA 250, with California license plate number 7JEF393 and Vehicle Identification Number ("VIN") WDDSJ4EB2EN149128 registered to MAGDAMIT (MAGDAMIT's VEHICLE), and the person of MAGDAMIT. On December 4, 2024, during the search, USPS OIG agents discovered some the following:

a.    Approximately 133 credit/debit cards in individuals' names other than MAGDAMIT, and approximately 18 gift cards;

b.    U.S. Currency in the amount of $5,927;

c.    Approximately 16 U.S. Department of Treasury checks addressed to individuals and addresses in Torrance, other than MAGDAMIT;

d.    Approximately 4 business checks addressed to individuals and addresses in Torrance other than MAGDAMIT;

e.    Three (3) Money Order Receipts;

f.    Various pieces of miscellaneous letter mail and correspondence from financial institutions in individual's names other than MAGDAMIT;

g.    One loaded, un-serialized P80 Glock-clone, with a an extended 27-round magazine and ammunition, commonly referred to as a "ghost gun";

h.    Over 20 luxury designer items sometimes with receipts showing individual purchases for over $1,300;

i.    Digital devices belonging to MAGDAMIT.

5.    Following the search warrants the items seized were secured and booked into a USPS OIG evidence room. The luxury items were further reviewed and appraised by an asset management team to be worth approximately $21,000.

**B. MAGDAMIT CONFESSES TO STEALING CHECKS AND CREDIT CARDS FROM THE MAIL ON DECEMBER 4, 2024**

6.    On December 4, 2024, USPS OIG Special Agent Denelle Gutierrez and I conducted a voluntary recorded interview of MAGDAMIT. The interview took place at the top of the parking garage of MAGDAMIT's PREMISES at 21601 S AVALON BLVD., CARSON, CA 90745, simultaneous to the search of her residence and vehicle. Prior to being questioned, I provided MAGDAMIT with an OIG acknowledgment of rights Garrity form, which she read, acknowledged she understood, and signed. MAGDAMIT was informed she was not in custody and under no obligation to speak with us or remain at the interview. MAGDAMIT acknowledged she was speaking to us voluntarily. The following is some, but not all, of the information obtained during the interview, in substance:

7.    MAGDAMIT stated she began working for the Postal Service around 2016 or 2017 at the Torrance Main Post Office. She advised her regular route at the post office is route 31, and additionally, she said she does overtime, where she works multiple different routes at the post office.

8.    When asked when she began stealing credit cards from the mail, MAGDAMIT said around the beginning of January 2024. She explained she activates the cards she steals online and further explained sometimes she needs to create her own PIN in order to activate the cards. MAGDAMIT said she would also call the phone numbers listed on the back of the cards and attempt to get "merchandise" that way. She said the process of activating the cards is the same for every bank and stated there is not one bank she was seeking cards for over another.

9.    MAGDAMIT confirmed her only phone number is (310) 507 3960 (MAGDAMIT's PHONE). I explained to MAGDAMIT that I had observed her phone number, (310) 507-3960, linked to the activations or use of credit cards that were reported as fraud by bank customers residing in Torrance. MAGDAMIT also advised she uses an app to obtain "TextNow" phone numbers, which is a free calling and texting phone service. Based on my experience and knowledge, I know criminals use Voice Over Internet Protocol (VOIP) phone numbers, like TextNow, to conceal their identities, as they typically do not reveal a subscriber name. She said she has an app on her phone and uses an email or username to sign up for the phone numbers. MAGDAMIT stated she's probably used under ten TextNow phone numbers to activate stolen credit cards. When I questioned MAGDAMIT about why she began using TextNow phone numbers to call in on credit cards she told me, "I tried to change the way I moved." I understood this to mean she was attempting to better conceal her identity when activating items she stole from the mail.

4

10.  Between about July 2024 and November 2024, I obtained records that revealed the following TextNow phone numbers were used to call into scores of credit cards flagged for fraud from several financial institutions to include JP Morgan Chase Bank, American Express, and Synchrony Bank: (424) 304-1497, (424) 329-8443, (424) 427-0559, (424) 501-1194, and (424) 501-9437. I then read MAGDAMIT a list of email addresses that I discovered were associated to some of the subscriber data for several of those TextNow phone numbers that I observed calling in on stolen credit cards in the Torrance area. MAGDAMIT confirmed "Juice" is a nickname she goes by and then confirmed the email address juiceman20244@yahoo.com belongs to her. She also confirmed the email address ayoboy1994@gmail.com belongs to her.

11.  I asked MAGDAMIT how she stole credit cards, and she explained for example, when she sorted mail on the street she would take credit cards from that mail. I further asked MAGDAMIT if she took the cards home with her to activate them. MAGDAMIT told me, "We do it like" … "yeah something like that." When questioned about who the "we" was that MAGDAMIT was referring to, she was hesitant to comment.

12.  MAGDAMIT admitted to selling credit cards to others, but did not name them. She explained she met up with one individual to sell them cards and said she is often paid around $500 when she completes a sale. She explained the amount she is paid often depends on what she provides. MAGDAMIT told me she would meet with people to sell cards about once a month. MAGDAMIT also told me that one individual she sold to would

5

provide her with people's social security numbers to activate credit cards that she stole and explained that you often need an individual's social security number in order to activate their credit card. When asked if MAGDAMIT knows how to access individual's social security numbers herself, she said there might be "bots" in her phone, which she explained is a computer application, but she said it didn't really work.

13.  MAGDAMIT admitted she had about $5,000 worth of currency inside her apartment, which she said she obtained from ATM withdrawals from credit cards. MAGDAMIT further explained she took EDD cards from the mail, and that a person can withdraw cash from those cards via an ATM. She said that EDD has a limit of how much you can withdraw in a day, which is about $600 a day. She explained she would go to any ATM to do this. MAGDAMIT admitted the week prior she had withdrawn cash from an ATM with a stolen card.

14.  MAGDAMIT confirmed she took trips to Turks and Caicos and Aruba in April and August of 2024; I had observed charges on credit cards stolen from persons who received mail from MAGDAMIT's post office during those timeframes. MAGDAMIT also stated she would use stolen credit cards to pay for what she called "merchandise", like gas. She also confirmed she buys a lot of expensive luxury items like Louis Vuitton, Balenciaga and Dior. When I asked if she buys those items with stolen credit cards MAGDAMIT replied, "if it works."

15.  I asked MAGDAMIT if she ever stole checks from the mail, and she said if she took checks, she would look for checks

of higher dollar amounts to take. She also could not recall how long she'd been stealing from the mail, and did not know if any of the individuals she was selling stolen mail to were also working with other Postal Service employees. During the execution of the search warrant on MAGDAMIT's PREMISES, OIG Special Agents discovered and seized approximately 20 pieces of mail containing what appears to be checks that were in the names of individuals and businesses other than MAGDAMIT's, destined to addresses in Torrance from approximately three different Postal Service routes operated out of the Torrance Main Post Office.

16.  I asked MAGDAMIT if she was okay with me going through her cell phone with her present, and MAGDAMIT stated she was. MAGDAMIT then provided me with the code to her cell phone.

17.  In MAGDAMIT'S cell phone, I discovered text messages from on or about September 21, 2024, in which MAGDAMIT sent a contact under the name "Ghana" several photographs of luxury designer items, including items from Louis Vuitton and Palm Angels and said, "I scored the whole week credit cards." When asked about the messages, MAGDAMIT told me she purchased the items with stolen cards.

18.  I then discovered a text message thread between MAGDAMIT and "Ghana" from on or about September 27, 2024, in which MAGDAMIT sent "Ghana" a photograph of a Louis Vuitton bag and said, "look at my cards come buy." Further text messages discovered between MAGDAMIT and "Ghana" from the same day revealed "Ghana" asking her "what card are you using?" MAGDAMIT

responded "Chase, Capital, AMEX, BOA, everything." MAGDAMIT
acknowledged these text messages.

### C. EVIDENCE DISCOVERED IN MAGDAMIT'S CELL PHONES

19.  Over the course of the last few months, I have
reviewed the contents of three cell phones belonging to
MAGDAMIT. Upon reviewing, I have discovered a multitude of text
messages between MAGDAMIT and several other individuals
discussing the theft and sale of credit cards and checks from
the mail.

20.  Between December 2024 and April 2025, I reviewed the
contents of an Apple iPhone found in MAGDAMIT'S PREMISES during
the execution of the search warrant conducted on her home. Upon
reviewing the contents of MAGDAMIT'S cell phone I discovered
many photographs of mail addressed to individuals other than
MAGDAMIT. I also discovered many photographs of checks and
credit cards in individuals' names other than MAGDAMIT's and
addressed to addresses in Torrance, which indicated to me that
they were stolen from the mail. More specifically, on this phone
I discovered over $26,000 worth of what appears to be
photographs of stolen checks. In my training and experience,
individuals who steal from the mail and intend to sell the items
they steal, will often take photographs of those items to
provide to "buyers", or individuals they're selling to. In this
phone I also discovered photographs of what appears to be over
one hundred credit cards in individuals' names other than
MAGDAMIT's, many photographs of which also contained letter mail
or financial documents addressed to individuals in Torrance,

where MAGDAMIT was employed to deliver mail. I also discovered many photographs of large amounts of cash in MAGDAMIT's cell phone. On December 4, 2024, MAGDAMIT told me that she obtained cash from EDD cards she stole from the mail. She also stated she was paid in cash by co-conspirators. Below are some examples of the cash I observed while reviewing the contents of MAGDAMIT's cell phone, depicted in PHOTOGRAPH A and PHOTOGRAPH B:

PHOTOGRAPH A:                    PHOTOGRAPH B

    

21.  On or about March 10, 2025, I reviewed Telegram messages between MAGDAMIT and a Telegram User with the name "Roger." The messages took place between March 2022 and August

2022, and detailed MAGDAMIT selling credit cards and checks to the individual. The messages also unveil how long MAGDAMIT has been involved in the scheme of stealing and selling items from the mail. The following are some of the conversations I reviewed:

- On March 21, 2022, MAGDAMIT to Roger: "I have a lot of debits today"… "Ima sell half and ima keep some."

- On March 21, 2022, Roger to MAGDAMIT: "How many debits did you get?"

- On March 21, 2022, MAGDAMIT to Roger: "Yeah I got a lot today" … "but only keeping the one I can work with for you" … "Got like 10 today" … "Some sold yesterday I seen Dre."

- On March 21, 2022, Roger to MAGDAMIT: "Lol okay if he doesn't take them today I'll take them tomorrow."

- On March 21, 2022, MAGDAMIT to Roger: "Okay I'll let you know" … "you owe me from last time 1500 but you can just give me 1k if you don't got it rn I always be asking for shit lol I feel bad."

22.    The messages reveal the quantity of cards it appears MAGDAMIT was able to steal on a daily basis, spanning back to at least early 2022. They also reveal the amount of money it appeared MAGDAMIT was asking for in return for selling cards from the mail, in which "Roger" owed MAGDAMIT $1,500 from previous transactions they completed. The messages disclose how

much money MAGDAMIT was potentially making from the theft and sale of credit cards, and how long the scheme had been going on.

23. Further in the Telegram messages, I discovered the following conversation:

- On August 19, 2022, MAGDAMIT to Roger: "I got an Edd card today from my route can you help me with the social or send me your guys info" … "I wanna get it done before they close it please."

- On August 19, 2022, Roger to MAGDAMIT: "Send info I haven't done any of the checks yet my bad but send info I'll send to new guy."

24. In other messages MAGDAMIT provided Roger with an individual's name, J. M., and an address in Torrance. Roger then provided MAGDAMIT with a multitude of Personally Identifiable Information (PII) on that individual to include their social security number, date of birth, phone numbers, and addresses. In my training and experience, and based on the context of the messages, I believe MAGDAMIT was going to use the individuals' PII to activate the EDD card she stole from the mail. This is just one example of many messages I reviewed like this.

25. In the messages I also discovered scores of credit cards that MAGDAMIT took photographs of and sent to Roger, along with several photographs of U.S. Treasury checks addressed to individuals other than MAGDAMIT. I found conversations between MAGDAMIT and Roger discussing the theft and sale of checks, to include the following:

> - On May 4, 2022, MAGDAMIT to Roger: "I kinda need
>   bread and I have checks need you to work on and
>   the cards."

26.   In my training and experience, when MAGDAMIT says she
has checks she needs Roger to work on she's referring to selling
checks to Roger so that they can be negotiated at a bank, and a
portion of the funds from that check then provided to MAGDAMIT.
The message reveals MAGDAMIT's intent when it came to stealing
checks from the mail, was to sell them for a "cut" of the check,
as MAGDAMIT said herself "I kinda need bread." In my experience
working previous investigations, I know the term "bread" is
commonly used to refer to money.

27.   Over the course of the last few months, I have also
reviewed the contents of another Apple iPhone belonging to
MAGDAMIT. Upon reviewing, I discovered more photographs of
checks addressed to individuals other than MAGDAMIT, credit
cards in individuals' names other than MAGDAMIT, and large
amounts of cash.

28.   On or about March 20, 2025, I reviewed text messages
between MAGDAMIT and a phone number (323) 447-5537 under the
contact name "One Punch". The messages took place between March
2024 and June 2024 and revealed conversations about MAGDAMIT
selling credit cards and checks to the individual. The following
are some of the conversations I reviewed:

> - On March 5, 2024, One Punch to MAGDAMIT: "Gang u
>   ain't got ppl wiring money ?" … "Or got slips" …
>   "Oh shit matter of fact don't u got slips." In my

training and experience, the word "slip" is a
term used to describe a stolen check.

- On March 6, 2024, MAGDAMIT to One Punch: "Yeah
I'll send when I get to the crib."

- Continued later in the conversation on March 6,
2024, MAGDAMIT to One Punch: "Got new shit
today."

- On March 7, 2024, One Punch to MAGDAMIT: "Need
tax checks." In my training and experience, "tax
checks" are most likely U.S. Treasury checks,
specifically Internal Revenue Service (IRS) tax
refund checks.

- On March 7, 2024, MAGDAMIT to One Punch: "Ok ima
see what I get today" … "I'll send them on
telly." In my training and experience, when
MAGDAMIT says "telly" she is most likely
referring to the platform Telegram, which I know
from previous messages discovered on MAGDAMIT's
cell phone, she uses Telegram often to send
photographs of stolen mail and discuss her
criminal scheme with her co-conspirators.
Telegram is an encrypted messaging app, which in
my experience and knowledge obtained from
previous investigations, criminals use to send
messages back and forth detailing their criminal
activity because they believe those messages

13

cannot be accessed by unauthorized parties like
law enforcement.

29.   Further in the text messages, I discovered the
following conversation:

- On June 24, 2024, One Punch to MAGDAMIT: "Need
  slips bad" … "Navy hitting." To my knowledge,
  and based on my experience, when One Punch says
  "Navy" they are talking about the bank Navy
  Federal Credit Union. They ask MAGDAMIT for
  slips, meaning stolen checks, and say Navy is
  "hitting", which to my knowledge and in my
  experience, most likely means that they are
  expecting the checks that they deposit into
  bank accounts at Navy Federal Credit Union are
  going to be accepted and clear, and they will
  therefore be able to withdraw the funds from
  those accounts.

- On June 25, 2024, MAGDAMIT to One Punch: "I got
  you gang."

- On June 25, 2024, One Punch to MAGDAMIT: "light
  I got 6 account I'll split it with u." Based on
  my knowledge from other investigations, One
  Punch is most likely saying here that they have
  opened six different bank accounts, most likely
  opened with fraudulent information, to deposit
  stolen checks into, and once the checks clear

they will split the funds with MAGDAMIT, the supplier of those checks.

- On June 25, 2024, MAGDAMIT to One Punch: "I got two id for you." In previous investigations I have worked, criminals who negotiated stolen checks into bank accounts, often made fake identification documents (ID)'s or used others stolen IDs to open up fraudulent bank accounts to deposit their stolen checks into. Therefore, based on my experience, MAGDAMIT was most likely stealing IDs from the mail to provide to co-conspirators to assist with the fraudulent negotiation of the checks she stole.

- Continued later in the conversation on June 26, 2024, One Punch to MAGDAMIT: "And need some slips for us to drop I got 12 account rn."

- On June 26, 2024, MAGDAMIT to One Punch: "It don't matter what bank it's for or from?"

- On June 26, 2024, One Punch to MAGDAMIT: "No" … "U got fresh so they should buss" … "and we split" … "or I'll buy em." In my training and experience, when One Punch says "fresh" he is most likely talking about the date on the checks MAGDAMIT had for sale being new. Based on my knowledge obtained from previous investigations, criminals who fraudulently negotiate stolen checks look to obtain checks

that have new dates on them so that there is
less likelihood that the checks have been
canceled already, and a greater likelihood that
they will clear the bank once deposited.

- Continued on June 28, 2024, MAGDAMIT sends a
photograph of what appears to be a check to One
Punch and says "You fucken with this ?"

- On June 28, 2024, One Punch "loved" the image
MAGDAMIT sent to them and said "U trynna drop
it ?" Here, I believe One Punch was most likely
asking MAGDAMIT if she would deposit the check.
The message thread ends shortly after this
text, which I believe may be because the
conversation continues elsewhere.

30.  Further, I discovered a photograph in the file
attachments of the messages between MAGDAMIT and One Punch,
which appears to resemble the photograph that MAGDAMIT sent to
One Punch on June 28, 2024. The photograph is of a $45,893.82
check, dated May 30, 2024, and addressed to T.N.L., a business
located in Torrance. The account number and check number were
blocked out in the photograph discovered in MAGDAMIT's phone. I
blocked out the sender, pay to name, and address for privacy. In
the photograph a rubber-banded stack of credit cards can also be
observed in the background.





D. **MAGDAMIT CONTINUED TO OBTAIN STOLEN MAIL AND COMMIT FRAUD FOLLOWING THE EXECUTION OF SEARCH WARRANTS**

31.  On or about January 29, 2025, the USPS OIG Hotline received a complaint from a Postal Service customer, I.S., alleging the theft of their new credit card which was supposed to be delivered to them in the mail. The credit card was not received by the customer and had fraudulent charges on it. I.S. reported this was the second instance of theft they had experienced, and advised a debit card of theirs was also stolen from the mail in December 2024.

32.  On or about February 4, 2025, USPS OIG Special Agent Reyna Gutierrez contacted I.S. regarding their OIG Hotline submission reporting mail theft of their debit and credit card. I.S. stated they bank with Kinecta Federal Credit Union, and without their knowledge, their debit card expired, prompting the bank to automatically send them a new card in December 2024. I.S. stated they were then notified of transactions that occurred at a post office and at a Chase Bank on December 21, 2024, on their new debit card ending in x9961, which they never received. They identified the transactions as fraudulent and requested to have the replacement card be a credit card. However, I.S. advised their new credit card also never arrived in the mail. I.S. was then contacted again by their bank to discuss transactions made on their new credit card ending in x5387. The bank informed I.S. that on January 19, 2025, her card was used at CVS Pharmacy in the amount of $100. I.S. identified the transaction as fraudulent and requested to not be sent any

more cards. Further, on or about February 5, 2025, Special Agent
Gutierrez received an email from I.S. alleging there was a third
card that was mailed to them unbeknownst and stolen. I.S. lives
at an address located in Torrance. I conducted a query of the
address through Postal Service database records, which revealed
the mail for I.S.'s address is delivered by the Torrance Main
Post Office in Torrance, where MAGDAMIT was employed as a letter
carrier.

33.  Further, Special Agent Gutierrez obtained video
footage from several merchants where some of the fraudulent
transactions occurred on the stolen cards. On or about February
18, 2025, I reviewed the information that I.S. provided to
Special Agent Gutierrez regarding the theft of her mail, as well
as the video footage Special Agent Gutierrez obtained. During my
review I observed the following:

34.  According to the information I.S. provided, debit card
ending in x9961 was mailed on November 6, 2024, credit card
ending in x5387 was mailed on December 27, 2024, and credit card
ending in x4550 was mailed on January 28, 2025.

35.  Credit card ending in x4550, which was alleged to have
been mailed in January 2025, had the following transactions on
it, which I.S. identified as fraud:

a. On or about February 1, 2025, the card was used at
Home Depot Store Number 6670 in Carson for approximately
$182.99. On or about February 2, 2025, the card was used at
Anchor Liquor Mart in Carson for approximately $221.23. On or
about February 4, 2025, the card was used at Disneyland Resorts

19

for a combined total of approximately $72.65. On or about February 5, 2025, the card was used at a Chevron in Carson for $21.15. On or about February 5, 2025, the card was used at an Apple Store Number R004 in Costa Mesa for $600. On or about February 6, 2025, the card was used at the luxury brand Diesel USA in Costa Mesa in the amount of $797.35. The total amount of fraudulent charges on the card amounted to approximately $1,895.37.

36.  On February 18, 2025, I reviewed video surveillance production provided by Home Depot on or about February 6, 2025, for the stolen credit card ending in x4550. According to records received by I.S., the credit card was used in a transaction on February 1, 2025, at Home Depot Store Number 6670 in Carson in the amount of $182.99. My review of the surveillance footage and still images provided by Home Depot revealed the individual who used the stolen card appears to be MAGDAMIT, who was wearing blue-colored shorts, a gray hooded sweatshirt, and a light-colored hat with what appears to be the letter "A" on it.

**TRANSACTION AT HOME DEPOT STORE 6670 ON FEBRUARY 1, 2025,
USING CARD ENDING IN x4550**



37.  On February 18, 2025, I reviewed video surveillance production provided by Apple on or about February 7, 2025, for the stolen credit card ending in x4550. According to records received by I.S., the credit card was used in a transaction on or about February 5, 2025, at Apple Store Number R004 in Costa Mesa in the amount of $600. My review of the surveillance footage provided by Apple revealed that the individual who used the stolen card appears to be MAGDAMIT, who was wearing a dark-colored hooded sweatshirt, dark-colored pants, and a purple hat. The individual is also observed carrying a red shopping bag with the name "Diesel" on it, which my review of the fraudulent

transactions on card ending in x4550 revealed it was also used in a transaction at Diesel USA in Costa Mesa on or about February 5, 2025, for $797.35.

**TRANSACTION AT APPLE STORE R004 ON February 5, 2025, USING CARD ENDING IN x4550**



38.  In sum, credit card number ending in x4550 was mailed to I.S. on or about January 28, 2025, according to the information they provided to the OIG. The fraudulent transactions captured on the card and provided by I.S., occurred in February 2025, several of which depict MAGDAMIT as the purchaser. Since December 4, 2024, MAGDAMIT has not returned to work at the Postal Service. In fact, on or about December 13, 2024, I received information from the Torrance Main Post Office that MAGDAMIT had resigned from her position as a letter carrier there on December 9, 2024, which was following the Federal Search Warrants executed on her residence, vehicle, and person.

However, since this date, based on information provided by the victim, two credit cards destined to an address in Torrance, both of which were destined to the same victim, were reported stolen with fraud on them. One of the cards appears to have been in possession of MAGDAMIT approximately two months after she resigned from the Postal Service, which suggests she has still found a way to obtain credit cards from the mail and further commit fraud. Additionally, the purchases made on the card include a designer purchase like Diesel, an expensive purchase from Apple, and trip to Disneyland, which do not reflect the purchases made by someone who is using stolen funds because they are in need of money for food or other basic human necessities.

39. Additionally, debit card ending in x9961 belonging to I.S., which was alleged to have been mailed in November 2024, had the following transactions on it, which I.S. identified as fraud:

a. On or about December 21, 2024, an ATM withdrawal from a Chase Bank in Los Angeles for approximately $498.50. On or about December 21, 2024, a transaction for "USPS PO" at 1615 Wilcox Avenue for approximately $1,355.75. Further, Special Agent Gutierrez obtained Postal Service records that revealed the $1,355.75 purchase made on card ending in x9961 was the purchase of two Postal Service Money Orders in the amount of $350 and $1,000, made payable to an individual named J. S.

40. Credit card ending in x5387 belonging to I.S., which was alleged to have been mailed in December 2024, had the following transactions on it, which I.S. identified as fraud:

23

a. On or about January 19, 2025, a transaction at CVS Pharmacy in Hollywood for approximately $100.

41.  On or about February 18, 2025, I reviewed video footage that Special Agent Gutierrez obtained of the negotiation of the Money Orders that were purchased with the stolen debit card ending in x9961. A review of the footage revealed an individual, who is not MAGDAMIT negotiating the Money Orders. Additionally, on or about February 19, 2025, I reviewed video footage that I obtained from CVS of the fraudulent transaction made on stolen credit card ending in *5387. A review of the footage revealed an individual who is not MAGDAMIT using the card. Although the footage does not depict MAGDAMIT, I do know from a review of MAGDAMIT's cell phones, that MAGDAMIT was committing her crimes with various co-conspirators. I do not know that MAGDAMIT was in possession of all three cards destined and stolen from I.S., but I do know that all three cards should have been destined to the same address if they were intended for delivery to the same victim. I also know that all three cards should have been processed through and delivered out of the Torrance Main Post Office, where MAGDAMIT was employed and where she used to steal credit cards from.

42.  Therefore, based on the pattern of the theft and the volume of the theft associated with one address, it is my opinion that the theft appears it may have been committed by the same individual, of whom MAGDAMIT appears to be associated with. Nevertheless, MAGDAMIT was observed on video footage using at

least one stolen credit card in February 2025, after the warrants were executed on her premises in December 2024.

**E. FRAUD ON APPROXIMATELY 135 CREDIT/DEBIT CARDS SEIZED FROM MAGDAMIT ON DECEMBER 4, 2024**

43.  Between about March 2025 and April 2025, I received and reviewed records from various financial institutions regarding fraudulent transactions and attempted transactions made on the credit or debit cards that USPS OIG Special Agents discovered and seized from MAGDAMIT on December 4, 2024, during the execution of Federal Search Warrants on her residence, vehicle, and person. Based on my review of the records I received and conversations with financial institutions, I interpreted there to be a combined total of over $60,000 worth of fraud or suspected and attempted fraud on the cards. The records I reviewed included bank statements for the accounts associated to the cards, phone calls made by victims to their banks reporting fraud on their credit cards, and charges I reviewed on the cards that were flagged for fraud. I calculated the approximate loss based on my review and what I interpreted the data to show, to the best of my knowledge.

44.  Additionally, the data I reviewed revealed the cards MAGDAMIT had in her possession belonged to victims residing in Torrance. If the cards were shipped through the mail, they would have been delivered to the victims by the Torrance Main Post Office, where MAGDAMIT was employed. Further, many of the cards were destined to victim's addresses on MAGDAMIT'S regular route that she worked at the post office, route 31.

**F. MAGDAMIT'S SOCIAL MEDIA ACTIVITY CONTINUES TO INDICATE WEALTH DESPITE HER NOT HAVING A LEGITIMATE SOURCE OF INCOME**

45.  On or about March 25, 2025, I learned that MAGDAMIT appeared to take a vacation to Hawaii, through photographs posted to her social media Instagram account "yourfawkenmom". A photograph of a beach with the location tag of "Oahu, Hawaii" was posted to MAGDAMIT's account, and was observed and captured on March 25, 2025. The post was followed by a video and photograph of a sky rise view from what appears could be the balcony of a hotel room.

**PHOTOGRAPHS POSTED TO MAGDAMIT'S INSTAGRAM ACCOUNT AND CAPTURED ON MARCH 25, 2025**

 

46.  On or about March 27, 2025, a photograph depicting two shopping bags from the designer store Louis Vuitton were posted to MAGDAMIT's Instagram account. The photograph appears to have been taken at a check-out counter of the store, and included a caption saying, "everywhere I go", which suggests MAGDAMIT often still purchases luxury designer items like Louis Vuitton and must somehow be obtaining the funds to do so.

**PHOTOGRAPH POSTED TO MAGDAMIT'S INSTAGRAM ACCOUNT AND CAPTURED ON MARCH 27, 2025**



47.   On or about April 24, 2025, a photograph depicting four shopping bags were posted to MAGDAMIT's Instagram account. Based on my experience in this investigation, and the review of the various designer items and packaging seized from MAGDAMIT on December 4, 2024, I know the shopping bags depicted in the photograph to be from the designer stores Louis Vuitton and Dior. The photograph includes the caption "breakfast" and a location tag of "Rodeo Drive". I know Rodeo Drive to be a street in Los Angeles with various luxury designer stores. A Google search describes Rodeo Drive as "one of the most expensive streets in the world."

**PHOTOGRAPH POSTED TO MAGDAMIT'S INSTAGRAM ACCOUNT AND CAPTURED ON APRIL 24, 2025**



48.   On March 26, 2025, I received and reviewed records for
MAGDAMIT from the State of California Employment Development
Department, which is responsible for tracking wage data. A
review of the records revealed the only employment listed for
MAGDAMIT in the last quarter of 2024 was for the U.S. Postal
Service, which I know she stopped working for in December 2024.
With this information being the most updated employment
information I was able to obtain for MAGDAMIT, to the best of my
knowledge, MAGDAMIT is not currently employed. However, the
expensive purchases including a vacation to Hawaii, and luxury
designer items posted to her Instagram page, reveal the
lifestyle of someone with an income, most likely higher than
average.

G. **MAGDAMIT lives at the site to be searched, MAGDAMIT'S
PREMISES**

49.   On April 30, 2025, I reviewed California Department of
Motor Vehicles ("DMV") records for MAGDAMIT, which revealed the
2014 MERCEDES BENZ CLA 250, with California license plate number
7JEF393 and Vehicle Identification Number ("VIN")
WDDSJ4EB2EN149128 (MAGDAMIT'S VEHICLE) that was registered to
MAGDAMIT and a part of the search on December 4, 2024, is still
registered to MAGDAMIT with a new expiration date of November
28, 2025.

50.   On May 7, 2025, I conducted surveillance at the
apartments at UNION SOUTH BAY located at 21601 S AVALON BLVD.,
CARSON, CA 90745 (MAGDAMIT'S PREMISES). During surveillance I
observed the 2014 MERCEDES BENZ CLA 250, with California license

plate number 7JEF393 (MAGDAMIT'S VEHICLE) parked in PARKING
SPACE 539 inside the parking garage of the complex. In or about
November 2024, I received and reviewed a copy of the assigned
parking log for 21601 S AVALON BLVD. (which includes MAGDAMIT'S
PREMISES), which revealed that the MAGDAMIT'S PREMISES had
assigned PARKING SPACE 539. It appears, based on my
surveillance, this has not changed. I also confirmed with a
manager at UNION SOUTH BAY that MAGDAMIT still resides at
MAGDAMIT'S PREMISES and is currently paying rent for the same
apartment she was living at in December 2024, which is APARTMENT
513 (MAGDAMIT'S PREMISES).

## H. **MAGDAMIT, A CITIZEN OF THE PHILIPPINES, HAS A TICKET FOR INTERNATIONAL TRAVEL**

51.  MAGDAMIT has dual citizenship in both the United
States and the Philippines. I obtained information from Homeland
Security Investigations which revealed MAGDAMIT was originally a
citizen of the Philippines but now has United States citizenship
as well. I also obtained information from her criminal history
records, that revealed her place of birth was the Philippines,
and she told me in my interview with her on December 4, 2024,
that her mother still lives there.

52.  On or about March 28, 2025, I discovered a screenshot
in MAGDAMIT's cell phone revealing an Asiana Airlines flight she
appeared to have booked from Los Angeles to Manila, Philippines,
with a layover in Seoul, South Korea. The flight was for July 12
and the file information for the photograph reveals it was

captured on June 19, 2022, which I believe means the screenshot was taken on that date.

53.  On December 14, 2024, I learned from law enforcement database queries that MAGDAMIT booked another flight to Seoul, South Korea for on or about the date of December 15, 2024. I later learned that although the flight was ticketed, she did not appear to be on board the flight. Therefore, based on my review of MAGDAMIT's phone and the discovery of a flight she booked in the past to the Philippines, with a layover in Seoul, and because MAGDAMIT is a citizen of the Philippines, I believe the flight MAGDAMIT booked on or about December 15, 2024, was going to have a final destination of the Philippines.  Due to the timing in which this flight was booked, several days after Federal Search Warrants were executed on MAGDAMIT's PREMISES, and after she became aware she was under Federal investigation, I believe MAGDAMIT may pose a potential flight risk after being confronted about her crimes a second time.

### I. MAGDAMIT SELLS MARIJUANA AND USES HARDER DRUGS

54.  When I interviewed MAGDAMIT, she told me that she also earned money by selling marijuana.  This was corroborated by a photograph on one of her digital devices that showed thick stacks of $100 bills fanned out next to a plastic bag larger than a football filled with what looked like marijuana. Later when I reviewed her messages with her fraud co-conspirators, I saw an exchange in which she discussed using "crystal" and "coke."

55.    In my training and experience, all the financial institutions mentioned in this affidavit are federally insured.

## CONCLUSION

56.    Based upon the foregoing facts and my training and experience, I believe there is probable cause to believe that MAGDAMIT conspired to commit bank fraud and committed aggravated identity theft, and that evidence of the violations listed in Attachment B will be found in MAGDAMIT'S PREMISES.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 26th day of
June, 2025.


_____

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT**

I, Elle Sarracco, being duly sworn, declare and state as follows:

**INTRODUCTION**

1.  I am a Special Agent employed with the U.S. Postal Service Office of Inspector General ("USPS OIG"), and have been so employed since June 2023. Prior to becoming a Special Agent with the USPS OIG, I was employed part-time with the USPS OIG in Brooklyn, NY. Prior to becoming a Special Agent, I obtained a Master of Arts Degree in Criminal Justice at John Jay College of Criminal Justice.

2.  I have completed a 12-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, which included instructions in various courses pertaining to criminal investigations, to include training in money laundering investigations, financial fraud investigations, and investigations involving digital devices. I am currently assigned as a Special Agent with the Los Angeles Mail Theft team. As a Special Agent assigned to that team, I am responsible for the investigation of stolen U.S. Mail by a Postal Service employee, and further the unlawful use of stolen mail, which may include check fraud, credit card fraud, bank fraud, and identity theft.

I.  **PURPOSE OF AFFIDAVIT: SEARCH WARRANTS**

3.  This affidavit is made in support of search warrants for the following:

a.   The residence of MARY ANN MAGDAMIT ("MAGDAMIT"), located at 21601 S Avalon Blvd, Apt 513, Carson, CA 90745 (the "SUBJECT PREMISES") and all digital devices located therein, including any vehicle parked in the associated parking space, as described in Attachment A-1;

b.   A SILVER 2014 MERCEDES BENZ CLA 250, with California license plate number 7JEF393 and Vehicle Identification Number ("VIN") WDDSJ4EB2EN149128 registered to MAGDAMIT (the "SUBJECT VEHICLE"), and all digital devices located therein, as described in Attachment A-2;

c.   The person of Mary Ann MAGDAMIT, and all digital devices located thereon, as described in Attachment A-3.

4.   Attachments A-1 through A-3 are incorporated by reference.  The requested warrants seek authorization to search for evidence, fruits and instrumentalities of violations of 18 U.S.C. §§ 1028, 1708, and 1344, (identity document fraud, mail theft, and bank fraud, collectively referred to as the "SUBJECT OFFENSES"), as described more fully in Attachment B, which is incorporated by reference.

5.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not purport to set forth all my knowledge of my investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are

2

related in substance and in part only, and all dates and times are on or about those indicated.

## II. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.    SUMMARY OF PROBABLE CAUSE

6.    The USPS OIG is investigating MAGDAMIT for the theft of mail, theft of credit cards, and the fraudulent use of stolen credit cards, conducted while working in her capacity as a Postal Service letter carrier.

7.    MAGDAMIT is a Postal Service letter carrier who works at the Torrance Main Post Office, located in 2510 Monterey St., Torrance, CA, where she has been employed since 2019. MAGDAMIT is a regular carrier, which means she is typically assigned to the same route every day. Records from various financial institutions have revealed that there have been over one hundred credit cards reported stolen by victims who live on MAGDAMIT's regular route, route 31, or who live on other routes MAGDAMIT has worked, within the last year. The investigation thus far has linked MAGDAMIT to the theft of over 100 credit cards reported stolen by Postal Service customers who reside in Torrance, CA, between June 2023 and the present, including at least 80 credit cards issued from just one financial institution.

8.    In September 2024, I placed a camera in MAGDAMIT's postal vehicle, and I reviewed video footage taken on September 30, 2024, that showed her placing mail into her postal satchel, a violation of USPS policy. On October 29, 2024, surveillance personnel, including myself, watched her carry her satchel to her personal vehicle, and drive it to her apartment.

9.    In the course of my investigation I have reviewed historical video footage of MAGDAMIT at various merchants conducting transactions using credit cards that I know to be stolen.

10.    On July 27, 2024, August 20, 2024, August 28, 2024, October 5, 2024, and October 23, 2024, I reviewed video footage on MAGDAMIT's public Instagram page that appears to have been taken inside the SUBJECT PREMISES, and that depicts her with stacks of U.S. currency and other luxury purchases.

**B.    Bank Records Link MAGDAMIT to Credit Cards Reported "Not Delivered" on Her Mail Route.**

11.    On July 9, 2024, I began to review data from JP Morgan Chase Bank for credit cards reported as not received by Chase Bank customers in Torrance, CA, 90503, during the time period between June 2023 and September 2024. During my review I discovered that approximately 166 accounts where customers had reported credit cards as not received in the 90503-zip code were listed for fraud. I further discovered that the same phone number, (310) 507-3960, was recorded by Chase Bank as having called in on 55 of those credit cards to activate them or check the balances, all of which were accounts that were closed due to fraud.

12.    Based on my training and experience, knowledge of this type of data, and conversations with various financial institutions, this means that phone number (310) 507-3960 called in to activate or access 55 credit cards intended for customers in Torrance, CA.  I queried the phone number (310) 507-3960

through Postal Service records, which revealed the phone number belongs to Mary Ann MAGDAMIT. Further, on August 28, 2024, I reviewed subscriber records from T-Mobile, Inc. which confirmed the Mobile Station International Subscriber Directory Number (MSISDN) Name for the phone number (310) 507-3960 is Mary Ann MAGDAMIT.

13.  On September 4, 2024, I began to review additional records from Chase Bank which revealed another phone number, (424) 304-1497, called in on 27 additional credit cards, or accounts that were closed due to fraud, for customers in Torrance, CA. I discovered that (424) 304-1497 is a phone number that belongs to TextNow, Inc., a free phone service that offers unlimited calling, texting, and data access. Based on my training and experience, individuals who are involved in criminal activity will often utilize TextNow or other Voice over Internet Protocol (VOIP) phone numbers to conceal their identities, as they typically do not reveal a subscriber name.

14.  On September 10, 2024, I reviewed subscriber records requested from TextNow, Inc., which revealed between January 1, 2024 and March 20, 2024, phone number (424) 304-1497 was being used by the username, magdamit.maryann, with associated email address, magdamit.maryann@yahoo.com. The registration date for the phone number was November 23, 2022. The data from Chase Bank revealed phone number (424) 304-1497 was used to call in on 27 credit cards between December 2023 and February 2024, which matches the timeframe of the registration date and phone ownership date linked to MAGDAMIT. Additionally, I reviewed

Postal Service records which revealed email address magdamit.maryann@yahoo.com, belongs to MAGDAMIT.

15. I reviewed the credit card authorizations made on the stolen credit cards, meaning all fraudulent attempted and successful charges made on the credit cards, linked to phone numbers (310) 507-3960 (MAGDAMIT'S PHONE) and (424) 304-1497, which revealed approximately $70,921.92 in fraudulent transactions made or were attempted between August 2023 and September 2024.

16. I have also reviewed data from American Express for credit cards reported as not received or stolen by American Express customers in Torrance, CA between September 2023 and September 2024. Of the data I have reviewed thus far, I linked MAGDAMIT to the theft and use of 13 credit cards issued by American Express, either by her phone number (310) 507-3960 (MAGDAMIT'S PHONE) or email address magdamit.maryann@yahoo.com. A review of the credit card authorizations associated with the credit cards linked by MAGDAMIT'S phone number or email address so far, reveal approximately $160,201.21 worth of both attempted and successful fraudulent transactions have been made between September 2023 and October 2024.

17. A further review of the Chase Bank and American Express data revealed over 75 stolen credit cards thus far were destined for delivery to addresses on MAGDAMIT'S regular route at the post office.

### C.    Surveillance Footage from MAGDAMIT's Postal Vehicle Shows Her Putting Mail In Her USPS Satchel At the End of Her Shift

18.    In September 2024, I installed a covert camera inside MAGDAMIT'S Postal Service vehicle, which she operates every day that she is scheduled to work. I have pulled and reviewed the video footage from MAGDAMIT'S Postal Service vehicle on various occasions. Upon my review, I observed the following:

19.    On September 30, 2024, between approximately 4:54 PM and 5:10 PM, MAGDAMIT dumped a Postal Service tub full of letter mail on a shelf located next to the driver's seat in the front of her vehicle. I observed MAGDAMIT sort through the letter mail and separate the pieces of mail into different piles. I continued to observe this behavior for approximately five minutes, until I saw MAGDAMIT compile the piles of mail she created and throw them into a tub located in the back of her Postal Service vehicle. At approximately 4:58 PM, MAGDAMIT grabbed a separate pile of mail she set aside, and instead of throwing it in the tub with the rest of the mail she sorted, she placed the pile in her Postal Service mail satchel. In the video footage, I observed that the top piece of mail on the pile she placed in her mail satchel appeared to resemble a piece of "American Express" letter mail, based on its markings. MAGDAMIT also placed several other personal belongings in her mail satchel with the letter mail, including what appeared to be Tupperware from her lunch during the day.

20.    The video footage showed that MAGDAMIT returned to the post office at the end of her shift at approximately 5:02 PM. I

watched MAGDAMIT exit her Postal Service vehicle twice, both times leaving her mail satchel in the vehicle. Based on the light change observed in the video footage, it appears the back of MAGDAMIT's vehicle was opened during this time, which would be consistent with MAGDAMIT retrieving the tub full of mail she had in the back of the vehicle to bring inside the post office. At approximately 5:09 PM, MAGDAMIT returned to the vehicle, grabbed her mail satchel, and did not return for the remainder of that recorded day. I reviewed Postal Service records which revealed MAGDAMIT clocked out of work at 5:10 PM on September 30, 2024.

21.  In my training and experience, and knowledge of delivery processes at the Postal Service, at the end of a letter carrier's shift it is not out of the ordinary to sort or look through mail before returning to the post office. Throughout their shift, a letter carrier will accumulate outgoing mail from the addresses they deliver to, and in addition may have mail that was "undeliverable" for a number of reasons, that would warrant it be returned to the post office for further processing. However, in my experience, there would not be a reason why MAGDAMIT would separate a pile of letter mail in her mail satchel, mixed with her personal belongings, which she did not take from the vehicle until she clocked out. Based on MAGDAMIT's conduct in the video recording, I therefore believe she is taking that mail home with her.

**D.  Magdamit's Social Media Profile Indicates Wealth Dramatically Exceeding Her Income, Including Large Stacks of Cash in Her Home**

22.  A social media Instagram account for MAGDAMIT with username "yourfawkenmom" show that MAGDAMIT engages in the following suspicious activity exhibiting wealth and living outside of her means:

a.  MAGDAMIT is a Postal Service letter carrier with an annual salary of approximately $56,000.00 a year.

b.  Within the span of about a year and a half, between April 2023 to the present, MAGDAMIT has posted many photographs and videos to her Instagram account showing off constant lavish vacations she has taken to Aruba, Turks and Caicos, Mexico, and Puerto Rico. For instance, in August 2023, MAGDAMIT traveled to Turks and Caicos. In February 2024, MAGDAMIT traveled to Cabo San Lucas, Mexico. In April 2024, MAGDAMIT traveled to Aruba. In August 2024, MAGDAMIT traveled to Turks and Caicos again. In addition, I have since reviewed fraudulent credit card charges reported stolen from residents of Torrance, CA, in which were made in Turks and Caicos and Aruba during the timeframe MAGDAMIT was posting to social media there.

23.  MAGDAMIT often posts expensive items and images exhibiting wealth to her social media, including expensive designer purchases, jewelry, cars, and cash.

24.  On September 15, 2024, September 22, 2024, October 5, 2024, October 13, 2024, October 15, 2024, and November 1, 2024, MAGDAMIT posted photographs to her Instagram account displaying expensive designer brand shopping purchases, with multiple bags

displaying designer brands including Dior, Celine, and Louis
Vuitton.

25. On October 12, 2024, MAGDAMIT posted a photograph to
her Instagram account showing a Cybertruck order titled "Mary's
Cybertruck". A Google search for a Tesla Cybertruck show the
vehicle price ranges between $60,000 and $120,000 depending on
the model.

26. On August 24, 2024, MAGDAMIT posted a photograph to
her Instagram account displaying a pile of cash, pictured next
to a Dior satchel and wallet, a bottle of liquor, and what
appears to be a Wells Fargo bank receipt. The photograph is
taken inside a car, where the items appear to be sitting on the
passenger seat (See Photograph A, below).

27. On August 31, 2024, MAGDAMIT posted a photograph to
her Instagram account displaying an extremely large amount of
cash arranged in stacks. The photograph showed a location stamp
of "Los Angeles, California". The photograph also included what
appears to be the back of two credit or debit cards. The
photograph is captioned with the words "You ever been hurting
while grinding??" (See Photograph B, below).

28. On October 23, 2024, MAGDAMIT posted a photograph to
her Instagram account displaying a large pile of cash on a
counter in what appears to be inside her apartment. MAGDAMIT has
often posted photographs to her Instagram account displaying an
apartment with the same layout as that depicted on October 23.
For comparison, a photograph of what appears to be the same
apartment was posted to MAGDAMIT's Instagram account on November

2, 2024, displaying an image of one her dogs. MAGDAMIT often
posts photographs of three dogs to her Instagram in what is
believed to be her apartment. I therefore believe that the
apartment MAGDAMIT frequently posts photographs in, including
photographs of her pets, is the SUBJECT PREMISES, where she
resides.

Photograph A                    Photograph B                    Photograph C





    **E.**    **MAGDAMIT Resides at the SUBJECT PREMISES and Drives
the Subject Vehicle**

    29.  I have reviewed California DMV records for MAGDAMIT,
which revealed the address listed on her Driver's License is the

11

SUBJECT PREMISES, 21601 S AVALAON BLVD. APARTMENT 513, CARSON,
CA 90745.

30. In addition, I have reviewed Law Enforcement database
records for MAGDAMIT, which revealed her most current address is
the SUBJECT PREMISES.

31. On October 29, 2024, I conducted surveillance on
MAGDAMIT while she was at work at the Torrance Main Post Office
with the assistance of OIG Special Agents John Nguyen and Reyna
Gutierrez. At approximately 4:40 PM, Agent Nguyen saw MAGDAMIT'S
Postal Service vehicle enter the employee lot of the post
office. At approximately 4:44 PM, Agent Gutierrez saw MAGDAMIT
in the employee parking lot of the post office in her Postal
Service vehicle. Postal Service records revealed MAGDAMIT
clocked out of work at 4:47 PM on October 29, 2024. At
approximately 4:53 PM, Agent Gutierrez saw MAGDAMIT walk east
towards Crenshaw Boulevard from the direction of where her
vehicle was parked, exiting the Postal Service employee lot.
MAGDAMIT was in her Postal Service uniform and carrying her
Postal Service mail satchel. Special Agent Gutierrez did not see
whether MAGDAMIT entered the post office with her satchel during
the surveillance. At 4:55 PM, I saw MAGDAMIT enter a black
Genesis, bearing Colorado license plate BNWK88 (the "BLACK
GENESIS"), parked in the employee lot down the street on the
corner of Crenshaw Boulevard and Plaza del Amo. I then saw
MAGDAMIT drive out of the parking lot, at which point
surveillance lost sight of her, so we traveled to her apartment
building at 21601 S Avalon Blvd.  At 5:20 PM, I saw the BLACK

GENESIS pull into the parking garage at the 21601 S Avalon Blvd. I then saw the BLACK GENESIS park on the fifth level of the parking garage.

32.  I reviewed vehicle registration records for the BLACK GENISES, which revealed it is a 2024 Genesis GV80, with "Avis Budget Car Rental LLC" listed as the registered owner.

33.  On November 4, 2024, I reviewed the mail addressed to residences that live at 21601 S AVALON BLVD. During my review, I noted three pieces of letter mail addressed to MARY ANN MAGDAMIT at the SUBJECT PREMISES.

34.  On November 4, 2024, I reviewed MAGDAMIT'S bank account records which reveal monthly withdrawals from her account from "Union South Bay", which is the name listed on the exterior of the apartment building located at 21601 S AVALON BLVD. On November 5, 2024, I confirmed with the manager at Union South Bay that the company manages the apartment building located there.

35.  I have reviewed California DMV records which show the SUBJECT VEHICLE, a 2014 Mercedes Benz with California license plate 7JEF393, VIN WDDSJ4EB2EN149128, registered to MAGDAMIT at the SUBJECT PREMISES. MAGDAMIT has also posted photographs to her Instagram account of a silver Mercedes. On November 5, 2024, I saw the SUBJECT VEHICLE parked on the fifth floor of the parking garage of 21601 S AVALON BLVD.

36.  I confirmed with the manager of Union South Bay apartments that residents have assigned parking spaces. I received and reviewed a copy of the assigned parking log for

21601 S AVALON BLVD., which revealed that the SUBJECT PREMISES
has an assigned parking space, number 539. On November 5, 2024,
I saw the SUBJECT VEHICLE parked in space number 539.

    37.  Although MAGDAMIT appears to be driving the SUBJECT
VEHICLE, it also appears she changes vehicles with some
frequency, as a week prior she was driving a rental vehicle. For
this reason, and because space number 539 is assigned to the
SUBJECT PREMISES rented by MAGDAMIT, I believe there is probable
cause to search whatever vehicle is parked in it.

### III.  TRAINING AND EXPERIENCE REGARDING BANK FRAUD, MAIL THEFT, AND CONSPIRACY

    38.  In addition to the foregoing facts, I have learned
during my tenure as a Special Agent with the USPS OIG and from
my conversations with other law enforcement agents who
investigate fraud and mail theft that:

    39.  Individuals involved in fraud schemes, such as bank
fraud, often use computers, cellular telephones, and mobile
"smart phones" to conduct their fraudulent transactions.  For
example, such individuals often use computers, cellular
telephones, and mobile smart phones to conduct online banking,
the records of which may be stored on digital devices rather
than paper records.

    40.  Persons who carry out fraud schemes may use computers,
cellular telephones, and mobile smart phones to communicate with
co-conspirators potential or actual victims.  As discussed
above, MAGDAMIT used her phone frequently to call on accounts or
credit cards stolen from the mail.

41.   Individuals who engage in fraud schemes often keep records of their fraudulent activities, including financial records, fraudulent documents, and electronic communications, on computers, USB drives, external hard drives, servers, or other digital devices for years after the fraudulent scheme has been completed.

42.   Individuals who engage in fraud schemes commonly maintain paper records like bank statements, receipts, and other financial documents commonly used in fraudulent schemes at their residences and in their vehicles.

69. Based on my training and experience and information obtained from other law enforcement officers who investigate mail and identity theft, I know the following:

43.   People who steal mail are often involved in fraud and identity theft crimes.  These individuals usually steal mail looking for checks, access devices, other personal identifying information (such as names, Social Security numbers, and dates of birth), and identification documents that they can use to fraudulently obtain money and items of value.  Mail thieves often retain these items of value from stolen mail in order to make fraudulent purchases or sell the items to others in exchange for cash or drugs.

44.   It is a common practice for those involved in access device fraud to use either false identification or stolen real identification to make purchases with stolen access devices at retail stores in order to avoid detection and to complete the

transaction.  Those who engage in such fraud keep evidence of such retail transactions in their homes and cars.

45.  It is common for identity thieves, and individuals engaged in bank fraud, access device fraud, and identification document fraud to use equipment and software to print credit and identification cards, to create magnetic strips for credit cards, to use embossing machines to create credit cards, to use laser printers to create checks, and to use magnetic card readers to read and re-encode credit cards.  Software relevant to such schemes can often be found on digital devices, such as computers.  Such equipment and software are often found in thieves' and fraudsters' residences and vehicles.

46.  It is common practice for individuals involved in mail theft, identity theft, bank fraud, and access device fraud crimes to possess and use multiple digital devices at once. Such digital devices are often used to facilitate, conduct, and track fraudulent transactions and identity theft.  Suspects often use digital devices to perpetrate their crimes due to the relative anonymity gained by conducting financial transactions electronically or over the internet.  They often employ digital devices for the purposes, among others, of: (1) applying online for fraudulent credit cards; (2) obtaining or storing personal identification information for the purpose of establishing or modifying fraudulent bank accounts and/or credit card accounts; (3) using fraudulently obtained bank accounts and/or credit card accounts to make purchases, sometimes of further personal information; (4) keeping records of their crimes; (5)

researching personal information, such as social security numbers and dates of birth, for potential identity theft victims; and (6) verifying the status of stolen access devices.

47.   Oftentimes mail and identity thieves take pictures of items retrieved from stolen mail or mail matter with their cellphones.

48.   It is also common for mail and identity thieves to keep "profiles" of victims on digital devices.  Such "profiles" contain the personal identifying information of victims, such as names, Social Security numbers, dates of birth, driver's license or state identification numbers, alien registration numbers, passport numbers, and employer or taxpayer identification numbers.

49.   Based on my training and experience, I know that individuals who participate in mail theft, identity theft, bank fraud, and access device fraud schemes often have co-conspirators, and often maintain telephone numbers, email addresses, and other contact information and communications involving their co-conspirators in order to conduct their business.  Oftentimes, they do so on their digital devices. Suspects often use their digital devices to communicate with co-conspirators by phone, text, email, and social media, including sending photos.

## IV. <u>TRAINING AND EXPERIENCE ON DIGITAL DEVICES</u>[1]

50.    Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that the following electronic evidence, inter alia, is often retrievable from digital devices:

a.    Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet.  Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time.  Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

b.    Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents,

---

[1] As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as paging devices, mobile telephones, and smart phones; digital cameras; gaming consoles; peripheral input/output devices, such as keyboards, printers, scanners, monitors, and drives; related communications devices, such as modems, routers, cables, and connections; storage media; and security devices.

programs, applications, and materials on the device.  That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places where the user may be unaware of them.  For example, recoverable data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

       c.    The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it.  For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

       d.    Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions.  Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

    51.  Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it is not always possible to search devices for data during a search of the premises for a number of reasons, including the following:

52.  Digital data are particularly vulnerable to inadvertent or intentional modification or destruction.  Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a complete and accurate analysis of data on digital devices, which may take substantial time, particularly as to the categories of electronic evidence referenced above.  Also, there are now so many types of digital devices and programs that it is difficult to bring to a search site all of the specialized manuals, equipment, and personnel that may be required.

53.  Digital devices capable of storing multiple gigabytes are now commonplace.  As an example of the amount of data this equates to, one gigabyte can store close to 19,000 average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

54.  The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

     a. Users may enable a biometric unlock function on some digital devices.  To use this function, a user generally displays a physical feature, such as a fingerprint, face, or eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device.  To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user's fingers on a device's fingerprint scanner for approximately one second.  To unlock a

device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user's face with the user's eyes open for approximately one second.

b. In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when a device has been restarted or inactive, has not been unlocked for a certain period of time (often 48 hours or less), or after a certain number of unsuccessful unlock attempts. Thus, the opportunity to use a biometric unlock function even on an enabled device may exist for only a short time. I do not know the passcodes of the devices likely to be found in the search.

55. Thus, the warrant I am applying for would permit law enforcement personnel to, with respect to any device that appears to have a biometric sensor and falls within the scope of the warrant: (1) depress the MAGDAMIT's thumbs and/or fingers on the device(s); and (2) hold the device(s) in front of MAGDAMIT's face with her eyes open to activate the facial-, iris-, and/or retina-recognition feature.

56. Other than what has been described herein, to my knowledge, the United States has not attempted to obtain this data by other means.

## V.  **CONCLUSION**

57. For all of the reasons described above, there is probable cause to believe that that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES will be

found at the SUBJECT PREMISES, SUBJECT VEHICLE, and on

MAGDAMIT's person, as described in Attachments A-1 to A-3.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  2nd  day of
December, 2024

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE